UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**LABORERS' PENSION FUND; ET AL**

PLAINTIFF(S)

vs.

**ELITE CONCRETE CUTTING, INC.**

DEFENDANT(S)

COURT DATE:

Case No.
**08 C 863**

SERVICE DOCUMENTS:
**SUMMONS & COMPLAINT**

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Apr 01, 2008**, at **12:46 PM**, I served the above described documents upon **ELITE CONCRETE CUTTING, IN(** shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **EDWARD STRON( PRESIDENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **675 LESLIE LANE, GLENDALE HEIGHTS, IL 60139**.

**DESCRIPTION:**  Gender: **M**  Race: **WHITE**  Age: **55**  Hgt: **5'11"**  Wgt: **200**  Hair: **WHITE**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_(signature)_

Michael C Unthank, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 2nd day of April, 2008

_(signature)_

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

NOTARY PUBLIC

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
37385