IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br>Plaintiffs,<br>v.<br>ELITE CONCRETE CUTTING, INC., an Illinois corporation,<br>Defendant. | Case No. 08 C 863<br><br>Judge Dow |

## NOTICE OF FILING

To:   Elite Concrete Cutting, Inc.
      c/o Edward Strong, Owner
      P.O. Box 5381
      Glendale Heights, IL 60139

PLEASE TAKE NOTICE that on this 10th day of April 2008 the undersigned filed with the Clerk of Court the attached **Initial Status Report**, a copy of which is herewith served upon you.

April 10, 2008                                         Laborers' Pension Fund, et al.

                                                       By: /s/ Jerrod Olszewski

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY U.S. Mail

The undersigned certifies that on this 10th day of April 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                       /s/ Jerrod Olszewski