IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br>Plaintiffs,<br>v.<br>ELITE CONCRETE CUTTING, INC., an Illinois corporation,<br>Defendant. | Case No. 08 C 863<br><br>Judge Dow |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds, by and through their attorney Jerrod Olszewski, and hereby file this Notice of Voluntary Dismissal dismissing this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Date: May 19, 2008

Respectfully submitted,
Laborers' Pension Fund, et al.

By: /s/ Jerrod Olszewski

Jerrod Olszewski
Office of Fund Counsel
Laborers' Pension and Welfare Funds
111 West Jackson, Suite 1415
Chicago, IL 60604
(312) 692-1540

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record certifies that he caused a copy of this Notice of Voluntary Dismissal to be served upon the addressee listed below via U.S. First Class Mail, postage prepaid, this 19th day of May, 2008.

Elite Concrete Cutting, Inc.
c/o Edward Strong, Owner
P.O. Box 5381
Glendale Heights, Illinois 60139

/s/ Jerrod Olszewski