## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Laborers' Pension Fund, et al.
                    Plaintiff,

v.                                              Case No.: 1:08−cv−00863
                                                Honorable Robert M. Dow Jr.

Elite Concrete Cutting, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 19, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Notice of Voluntary Dismissal [16], the above−entitled case is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 4l(a)(l). Status hearing date of 5/20/08 is stricken. Civil case terminated. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.